```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 18019
   VICTOR GALVAN
   CARMEN GALVAN                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
              Debtor
   SSN XXX-XX-6577    SSN XXX-XX-0122

----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
    The case was filed on 10/02/2007 and was not confirmed.

    The case was dismissed without confirmation 11/15/2007.
----------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
----------------------------------------------------------------------
BANKFINANCIAL            CURRENT MORTG          .00           .00            .00
GC SERVICES              SECURED NOT I   NOT FILED           .00            .00
NISSAN INFINITI          SECURED NOT I    20510.98           .00            .00
NISSAN INFINITI          SECURED NOT I     8312.29           .00            .00
US BANK                  CURRENT MORTG          .00           .00            .00
RETAIL SERVICES          UNSECURED       NOT FILED           .00            .00
BEST BUY                 UNSECURED       NOT FILED           .00            .00
GUITAR CENTER            UNSECURED       NOT FILED           .00            .00
HARLEM FURNITURE         UNSECURED       NOT FILED           .00            .00
JAMES P ECONOMOS DDS     UNSECURED       NOT FILED           .00            .00
CHASE BANK               UNSECURED          455.29           .00            .00
MIDWEST SPORTS MEDICINE  UNSECURED       NOT FILED           .00            .00
SEARS GOLD MASTERCARD    UNSECURED       NOT FILED           .00            .00
NISSAN INFINITI          UNSECURED         8618.93           .00            .00
JAMES AND GUSTAFSON      DEBTOR ATTY           .00                          .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00

        Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                   .00
DEBTOR REFUND                                          .00
                         --------------        --------------
TOTALS                        .00                      .00



                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 18019 VICTOR GALVAN & CARMEN GALVAN
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE